

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00223-CV

**IN RE VHS SAN ANTONIO PARTNERS, LLC** d/b/a North Central Baptist Hospital; Ricardo Munoz Jr., M.D.; Heather Williams, M.D.; Riverwalk OB/GYN, PLLC; Brian K. MacGillivray, M.D.; Christine Gilliam, M.D.; Christine Gilliam, M.D., P.A.; Everyone's ENT & Sinus Center

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  April 16, 2014

PETITION FOR WRIT OF MANDAMUS DENIED

On April 3, 2014, relators filed a petition for writ of mandamus complaining of the trial court's decision to grant the plaintiff's motion for a protective order regarding counseling records. The court has considered the petition for writ of mandamus and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2013-CI-02523, styled *Mark Wendell and Jenifer Wendell, Individually, and as Next Friends of Colton Wendell, A Minor Child v. North Central Baptist Hospital, Ricardo Munoz Jr., M.D., Heather Williams, M.D., Riverwalk OB/GYN, PLLC, Brian K. MacGillivray, M.D., Christine Gilliam, M.D., Christine Gilliam, M.D., P.A., and Everyone's ENT & Sinus Center*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.